**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT FRANKFORT**

**CHRISTOPHER DAVID**

**Plaintiff,**

**v.**

**FRANKLIN COUNTY, KENTUCKY, *et al.***

**Defendants.**

**CASE NO. 3:23-CV-28-KKC**

**JUDGMENT**

*** *** ***

Consistent with the Court's Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is ORDERED and ADJUDGED as follows:

1. The Complaint (R. 1) is DISMISSED;
2. The Third-Party Complaint (R. 55) is DISMISSED;
3. This is a FINAL and APPEALABLE judgment; and
4. This action is STRICKEN from the Court's active docket.

This this 21st day of August, 2026.

**Signed By:**
***Karen K. Caldwell*** KKC
**United States District Judge**